STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JUSTIN R. RHOADES (Cal. Bar No. 230463)
CHRISTINA T. SHAY (Cal. Bar No. 264528)
Assistant United States Attorneys
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephones: (213) 894-3380/0757
    Facsimiles: (213) 894-3713
    E-mails:    justin.rhoades@usdoj.gov
                christina.shay@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-295-R |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT AURORA BARRERA'S MOTION FOR BOND PENDING APPEAL; OFFICIAL FINDINGS THERETO |
| v. | |
| AURORA BARRERA, | |
| Defendant. | |

Having heard from plaintiff, the United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendant Aurora Barrera, by and through her counsel of record, Anthony Eaglin, at a hearing held before this Court on August 25, 2014, and good cause appearing, the Court hereby FINDS AS FOLLOWS:

///

///

1.    The Court has read and considered defendant Aurora Barrera's ("defendant") Motion for Bond Pending Appeal (Docket #223, the "Motion"), the government's opposition to the Motion, and defendant's reply thereto.

2.    On August 25, 2014, this Court held a hearing on the Motion.  Defendant appeared in person with her counsel of record. After hearing argument from the parties, the Court denied defendant's Motion.

3.    Defendant was convicted of bank robbery in violation of 18 U.S.C. §§ 2113(a), (d), a crime of violence.  Under 18 U.S.C. § 3143(b)(2), a judicial officer "shall order" a defendant convicted of a crime of violence with a maximum term of imprisonment is 10 years of more "be detained."  As a result, defendant shall be detained pending appeal.

4.    Section 3145(c) contains an exception to this detention requirement, permitting bail pending appeal, if "it is clearly shown that there are exceptional reasons why such person's detention would not be appropriate."  United States v. Garcia, 340 F.3d 1013 (9th Cir. 2003).

5.    For the following reasons, among others, defendant does not present "exceptional reasons" for release on bond pending appeal:

a.    The nature of defendant's bank robbery was particularly violent.  Defendant wore a hoax explosive device that appeared to others to be a bomb and was treated by law enforcement as such.  Moreover, defendant threatened her co-worker by indicating that defendant's "kidnappers" knew where the co-worker's daughter attended school, implicitly threatening the safety of the co-worker's daughter.  Defendant's actions put her co-worker in substantial fear.

1        b.   The issue defendant intends to raise on appeal --
2   whether this Court should have severed her trial from the trial of
3   her co-defendant -- is not an unusually strong or unusually novel
4   argument.   During trial, co-defendant Reyes Vega did not present any
5   of the evidence that would have counseled in favor of severance and,
6   at the same time, defendant was able to introduce her proffered
7   evidence about co-defendant Vega's activities, thereby eliminating
8   any prejudice from a joint trial.

9        c.   Defendant may also flee if she is released on bond
10  pending appeal because she may have access to the money she helped
11  steal.   Approximately $400,000 from the bank robbery remains
12  unaccounted for.

13  6.   Examining the totality of the circumstances this Court
14  concludes that no truly exceptional factors or combination of factors
15  exist that would make defendant's detention prior to the appellate
16  court's resolution of her appeal unreasonable.   See Garcia, 340 F.3d
17  at 1019.   Accordingly, defendant's motion is denied.

19  IT IS HEREBY ORDERED that defendant Aurora Barrera's Motion for Bond
20  Pending Appeal is denied.

22  IT IS SO ORDERED.

24  September 4, 2014
    _____        _____
    DATE                               THE HONORABLE MANUEL L. REAL
25                                     UNITED STATES DISTRICT JUDGE